IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSEPH S. GARWOOD,

    Plaintiff,

vs.                              CASE NO.: 4:08-cv-231-SPM-WCS

WILLIAM MEGGS, et al.,

    Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 15). Plaintiff has been furnished a copy and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed. Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Report and Recommendation (doc. 15) is *adopted* and incorporated by reference in this order.

2. The case is *dismissed without prejudice* for failure to prosecute.

DONE AND ORDERED this second day of October, 2009.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                Chief United States District Judge